with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ALBERT TURNER, Respondent, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

HENRY C. VAN CLEEF, as Administrator, etc., of CAROLINE E. DAKIN, Deceased, Appellant, v. CHARLES M. MAXFIELD, Respondent.— Order affirmed, with ten dollars costs and disbursements. The affirmance as to that part of the order permitting defendant to plead as a second defense that, if the moneys in question were loaned, they were thereafter forgiven, is upon the supposition that defendant may be able to produce evidence upon that branch of the case in addition to that adduced upon the former trial. [See 186 App. Div. 906.] Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

EMMA WAGNER, Appellant, v. RICHARD WAGNER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, upon condition that plaintiff waive her claim to alimony under the order of the court for such installments as fell due between the dismissal of the complaint herein and the date of this order; otherwise, order affirmed, without costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

DAVID WANDERER, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

IDA ZEIGER, Administratrix, etc., of ISADORE ZEIGER, Deceased, Respondent, v. HERMAN BRUNER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

GIRELAMO ALESI and Another, Respondents, v. IGNAZIO LA SALA and Another, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ABRAHAM ADLER, Respondent, v. ABRAHAM H. MORGEN, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

MIRIAM BECK, by ISAAC BECK, Her Guardian ad Litem, Respondent, v. ISIDORE BERNSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ISAAC BECK, Respondent, v. ISIDORE BERNSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MAX BLITZER, Appellant, v. ISIDORE GELLERING, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

BOROUGH OPERATING CORPORATION, Respondent, v. FLATBUSH LEASING